UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Meryl Pomponio, | Case No. C 4:21-cv-09774-DMR |
|---|---|
| Plaintiff(s) | |
| v. | NOTICE OF SETTLEMENT OF ADA ACCESS CASE |
| 99 Cents Only Stores LLC, et al., | (ADA ACCESS CASES) |
| Defendant(s) | |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within  90  days.

Date: March 8th, 2022

Signed: /s/Daniel Malakauskas
Attorney for Plaintiff(s)

Signed: /s/Richard G. Stoll
Attorney for Defendant(s)

Signed: /s/Lawrence Wong
Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*