DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

RICHARD GILES STOLL, *Cal. Bar No.:222442*
SHORELINE, A LAW CORPORATION
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401
Tel: 310-656-7230 / Fax: 310-395-5961
Email: rstoll@shoreline-law.com

*Attorney for Defendant:* **99 Cents Only Stores LLC**

LAWRENCE WONG, *Cal. Bar No.:222442*
WONG & DAO
413 Third Street
Oakland, CA 94607
Tel: 510-451-2124 / Fax: 510-451-2448
Email: wonglaw@sbcglobal.net

*Attorney for Defendants:* **Thomas Cote, Jennifer Cote, and, AO Cen Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|   |   |
|---|---|
| MERYL POMPONIO,<br><br>                    Plaintiff,<br><br>v.<br><br>**99 CENTS ONLY STORES LLC**, as an entity and doing business as "99 Cents Only Store # 275", **THOMAS COTE**, as an individual and doing business as "New Deli", **JENNIFER COTE**, as an individual and doing business as "New Deli", **AO CEN INC.**, as an entity and doing business as "Hunan Villa", **DEL MONTE 3, LP**, and **DOES** 1-50, Inclusive,<br><br>                    Defendants. | Case No.: 4:21-cv-09774-DMR<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: May 10th, 2022

/s/Daniel Malakauskas_____
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff

Date: May 10th, 2022

/s/Richard Giles Stoll_____
By: Richard Giles Stoll, of,
SHORELINE, A LAW
CORPORATION, Attorney for
Defendant: **99 Cents Only Stores LLC**

Date: May 10th, 2022

/s/Lawrence Wong_____
By: Lawrence Wong, of,
WONG & DAO, Attorney for
Defendants: ***Thomas Cote, Jennifer Cote, and, AO Cen Inc.***